UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:22-cv-09239-FMO-MAR                                                      Date:  Nov. 17, 2023

Title  Ezra Huang v. University of Massachusetts Global et al

Present: The Honorable: Margo A. Rocconi, U.S. Magistrate Judge

| Valerie Velasco | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Michael Peffer | Fred Plevin |
| | Jillian Stanley |

**Proceedings:**     SETTLEMENT CONFERENCE

The matter was called for a settlement conference as previously scheduled.

Attorneys Michael Peffer appeared on behalf of Plaintiff, who was also present.  Attorneys Fred Plevin and Jellian Stanley appeared on behalf of Defendants, with client representatives Dan Devine, Roberta Bellhime, and Marley Jayne.

After significant discussions and consultation with the Court, the parties agreed upon a confidential settlement.  The terms and conditions of the settlement were set forth on the record by counsel and specifically agreed to on the record by the parties.  The record of the hearing shall be sealed.  The parties will sign and execute a written settlement agreement.

Plaintiff shall file a notice of settlement by 4 p.m. PST on Monday, November 20, 2023.  The notice of dismissal of the action pursuant to Federal Rule of Civil Procedure 41 shall be filed with the Court no later than December 29, 2023.

|  | 3.5 |
|---|---|
| **Initials of Preparer** | vv |