Michael Peffer (SBN: 192265)
PACIFIC JUSTICE INSTITUTE
2200 N. Grand Ave.
Santa Ana, CA 92704
Tel: (714) 796-7150
Email: michaelpeffer@pji.org

Attorney for Plaintiff, EZRA HUANG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZRA HUANG, an individual,<br>　　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS GLOBAL, et al, and DOES 1 to 100, inclusive,<br>　　　　　　Defendants. | CASE NO.: 2:22-CV-09239-FMO-MAR<br><br>Judge: HON. FERNANDO M. OLGUIN<br><br>**NOTICE OF SETTLEMENT PURSUANT TO C.D. CAL. L.R. 40-2** |

**TO THIS HONORABLE COURT:**

　　On November 17, 2023, the parties appeared before Magistrate Judge Hon. Margo A. Rocconi to conduct a settlement conference. The following appeared: Plaintiff, Ezra Huang and his attorney, Michael J. Peffer, along with Defendant representatives Dan Devine, Chief Operating Officer, and Roberta Dellhime, Chief Human Resources Officer, along with their attorneys Fred Plevin and Jillian Stanley.

Thanks to the efforts of Judge Rocconi and all parties, the case was settled. Counsel for Defendants is preparing the settlement documents and the parties agreed that the case will be ready for dismissal on or before December 29, 2023.

DATED: November 19, 2023         PACIFIC JUSTICE INSTITUTE

                                 By: */s/Michael J. Peffer*
                                 MICHAEL PEFFER, ESQ.,
                                 Attorneys for Plaintiff, EZRA HUANG

**NOTICE OF SETTLEMENT PURSUANT TO C.D. CAL. L.R. 40-2**