**JS−6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZRA HUANG<br><br>        Plaintiff(s),<br><br>   v.<br><br>UNIVERSITY OF MASSACHUSETTS GLOBAL , et al.<br><br><br><br>        Defendant(s). | CASE NO:<br>2:22−cv−09239−FMO−MAR<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 45, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated The 20th of November 2023              /s/
                                                               Fernando M. Olguin
                                                          United States District Judge